| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF ARKANSAS |
| Case number *(if known)*                           Chapter    **7** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Wright's Cabinets Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-0971987

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2600 Cory Dr.** <br> **Jacksonville, AR 72076** <br> Number, Street, City, State & ZIP Code | **PO Box 667** <br> **Jacksonville, AR 72078** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Pulaski** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Official Form 201                     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 1

Debtor  **Wright's Cabinets Inc.**                                                    Case number (*if known*) _____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | ____ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ■ Chapter 7 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | | ☐ Chapter 11. *Check **all** that apply*: |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

Debtor __Wright's Cabinets Inc._____  Case number (*if known*)_____
     *Name*

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Wright's Cabinets Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Wright's Cabinets Inc.**     Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 14, 2023**
MM / DD / YYYY

X **/s/ Donna Heard**        **Donna Heard**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Michael Knollmeyer**     Date **September 14, 2023**
Signature of attorney for debtor     MM / DD / YYYY

**Michael Knollmeyer AR86-105**
Printed name

**Knollmeyer Law Office P.A.**
Firm name

**2525 John Harden Drive**
**Jacksonville, AR 72076-1867**
Number, Street, City, State & ZIP Code

Contact phone **(501) 985-1760**     Email address **pennyhawkins2016@gmail.com**

**AR86-105 AR**
Bar number and State

| | | |
|---|---|---|
| Equifax<br>CSC Credit Service<br>PO Box 105167<br>Atlanta, GA 30348 | Airmasters Heat & Air<br>42000 Heritage Dr.<br>North Little Rock, AR 72117 | Brown Janitorial Supply C.<br>2 Freeway Drive<br>Little Rock, AR 72204 |
| Experian<br>955 American Lane<br>Schaumburg, IL 60173 | Amark<br>PO Box 1524<br>Boring, OR 97009 | Byzfunder, NY, LLC<br>530 7th Ave<br>Suite 1479<br>New York, NY 10018 |
| TransUnion<br>P.O. Box 2000<br>Chester, PA 19022 | American Fire Protection Group<br>PO Box 74008409<br>Chicago, IL 60674-8409 | Calion Lumber Co., Inc.<br>PO Box 348<br>Calion, AR 71724-0348 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Amerigas Propane<br>PO Box 965<br>Valley Forge, PA 19482-0965 | Cartridge World<br>240 S. Shackleford Rd., Ste A<br>Little Rock, AR 72211 |
| U.S. Attorney (Eastern Distric<br>PO Box 1229<br>Little Rock, AR 72203 | Archangel Corp.<br>PO Box 13663<br>Maumelle, AR 72113 | Centurylink<br>PO Box 4300<br>Carol Stream, IL 60197 |
| DF&A<br>Legal Counsel, Room 2380<br>PO Box 1272<br>Little Rock, AR 72203-1272 | Argo Fine Imports<br>PO Box 54288<br>New Orleans, LA 70154-4288 | Concannon Lumber Co<br>2950 SE Stark St.<br>Suite 230<br>Portland, OR 97214 |
| AR Dept of Workforce Svcs<br>PO Box 8040<br>Little Rock, AR 72203 | Arkansas Office Supplies<br>2001 General Samuels Rd.<br>Jacksonville, AR 72076 | Concentra Health Center<br>Occupational health Centers<br>PO Box 75388<br>Oklahoma City, OK 73147-0388 |
| Acadian Wood Products<br>PO Box 1416<br>Lowell, AR 72745 | Billy Morden<br>1134 Silver Wood Trail<br>North Little Rock, AR 72116 | Consolidated Admin Services<br>PO Box 1513<br>Cabot, AR 72023 |
| ADEQ<br>5301 North Dr.<br>North Little Rock, AR 72118 | Blue Linx Corp<br>PO Box 17948<br>North Little Rock, AR 72117 | Dakota Premium Hardwoods<br>11610 E. 27th St.<br>Tulsa, OK 74116 |
| Airgas<br>P.O. Box 734671<br>Dallas, TX 75267-6015 | Brightspeed Internet<br>PO Box 6102<br>Carol Stream, IL 60197-6102 | David Johnson<br>135 Country Air Lane<br>Lonoke, AR 72086 |

Donna Heard and Robert Heard
PO Box 667
Jacksonville, AR 72078

High Plains Automation
PO Box 150
Livermore, CO 80536

Lofton Staffing Service Inc
PO Box 52101
Lafayette, LA 70505-2101

Entergy
P.O. Box 8101
Baton Rouge, LA 70891

Interglobal Forest LLC
PO Box 2543
Eugene, OR 97402

Lumen
Centurylink
PO Box 82187
Phoenix, AZ 85072-2187

Fastenal
P.O. Box 978
Winona, MN 55987

J&L Moulding
PO Box 788
Haleyville, AL 35565

Meite USA
354 13th Street
Carlstadt, NJ 07072

Finzer Roller Inc
6556 Solution Center
Chicago, IL 60677-6005

Jacksonville Starter
304 E. Main St.
Jacksonville, AR 72076

Michael Looney Trucking LLC
PO Box 9
Trumann, AR 72472

First Arkansas Bank and Trust
PO Box 827
Jacksonville, AR 72076

Johnson Controls Security
PO Box 371967
Pittsburgh, PA 15250-7967

Michael Weing Inc
PO Box 3158
Mooresville, NC 28117

Friulmac Inc
1052 13th Street
Hickory, NC 28602

Kentucky State Treasurer
PO Box 2004
Frankfort, KY 40602

Mid State Electric Inc
138 Municipal Dr.
Jacksonville, AR 72076

Gamache & Myers
1000 Camera Avenue Ste A
Saint Louis, MO 63126

Koch Machinery Systems
300 Lake Ridge Dr., SE
Smyrna, GA 30082-5246

Morden Irrevocable Trust
1134 Silverwood Trail
North Little Rock, AR 72116

Halo Woods LLC
2386 Faraday Ave
Suite 125
Carlsbad, CA 92008

Leuco Tool Corp
PO Box 745172
Atlanta, GA 30374-5172

Motion Industries
PO Box 604606
Saint Louis, MO 63150

Hardware Resources
PO Box 732674
Dallas, TX 75373

Liberty Woods International
PO Box 8538-300
Philadelphia, PA 19171

MTM Saw & Tooling
3472 Mallory Depot Dr.
Memphis, TN 38122

Hardwoods Sprecialty Products
PO Box 741685
Los Angeles, CA 90074-1685

Lift Truck Service Center
12829 Interstate 30
Little Rock, AR 72209

Muradian Business Opportunitie
1625 Top Hill Road
Little Rock, AR 72223

New Co Capital Group, LLC
90 Broad street
Suite 903
New York, NY 10004

Small Business Administration
Covid-Eidel Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

The Huntington National Bank
11100 Wayzata Blvd
Suite 80
Minnentonka, MN 55305

New York State
Dept of Taxation & Finance
Optus-Sales Tax Liability
WA Harrison Campus
Albany, NY 12227-0001

Southern Carlson
PO Box 744372
Atlanta, GA 30374-4372

Timesavers Inc
11123 89th Ave North
Maple Grove, MN 55369-4019

Niswanger Law Firm
212 Center Street
6th Floor
Little Rock, AR 72201

Southern Tire Mart, LLC
12100 Valentine Rd
North Little Rock, AR 72117

Voorwood Company
2350 Barney St.
Anderson, CA 96007

One Source Staffing LLC
PO Box 7068
Tupelo, MS 38802

Spaceballs inc
1475 West Avenue South
Turlock, CA 95380

Waste Management Corp
PO Box 55558
Boston, MA 02205-5885

Packsize LLC
29575 Network Place
Chicago, IL 60673-1295

Spray Tech System
1301 Cornell Pkwy
Suite 100
Oklahoma City, OK 73108

Wholesale Electric Supply Co
6320 Young Rd
Little Rock, AR 72209

Plunkett Distributing Co
2323 E Roosevelt Rd
Little Rock, AR 72206

Stiles Machinery Inc
3965 44th Street SE
Grand Rapids, MI 49512

Wright Lindsey & Jennings
200 West Capitol Ave.
Suite 2300
Little Rock, AR 72201-3699

Power Equipment Co of Memphis
PO Box 22007
Memphis, TN 38122

Sumitomo Mitsui Financing
PO Box 530023
Atlanta, GA 30353-0023

Wurth Louis and Company
PO Box 2253
Brea, CA 92822-2253

PPG Architectural Finishes
P.O. Box 676340
Dallas, TX 75267

Superior Industrial Solutions
PO Box 186
Indianapolis, IN 46206

Rose Law Firm
120 East Fourth St.
Little Rock, AR 72201

Tampa Internatl Forest Product
PO Box 734498
Dallas, TX 75373-4498

Shawn Key
PO Box 13690
Maumelle, AR 72113

Texas Sales Tax Dept.
Comptroller of Public Accounts
PO Box 149355
Austin, TX 78714-9355

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re  **Wright's Cabinets Inc.**
Debtor(s)

Case No.
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Wright's Cabinets Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 14, 2023** | **/s/ Michael Knollmeyer** |
| Date | **Michael Knollmeyer AR86-105** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Wright's Cabinets Inc.** |
| | **Knollmeyer Law Office P.A.** |
| | **2525 John Harden Drive** |
| | **Jacksonville, AR 72076-1867** |
| | **(501) 985-1760 Fax:(501) 764-4770** |
| | **pennyhawkins2016@gmail.com** |